UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMAR BURTON,

      Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

      Defendants.

_____/

Case No. 1:20-cv-898

Hon. Hala Y. Jarbou

# ORDER

*Pro se* plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983. This matter is now before the Court on plaintiff's "Motion to submit admissible evidence" (ECF No. 16).

As an initial matter, plaintiff has failed to file a supporting brief for his motion as required by W.D. Mich. LCivR 7.1 which provides that:

> All motions, except those made orally during a hearing or trial, shall be accompanied by a supporting brief. Any party opposing a written motion shall do so by filing and serving a brief conforming to these rules. All briefs filed in support of or in opposition to any motion shall contain a concise statement of the reasons in support of the party's position and shall cite all applicable federal rules of procedure, all applicable local rules, and the other authorities upon which the party relies. References to the record shall comply with LCivR 10.9. Briefs shall not be submitted in the form of a letter to the judge.

Plaintiff is advised that future motions may be stricken or denied for failing to comply with court rules.

1

Plaintiff has submitted a "declaration" signed by a prisoner, Robert Campbell, in which Campbell stated that he witnessed the events alleged in the complaint. There is no basis for plaintiff to file "admissible evidence" or a witness statement at this stage of the proceedings. Accordingly, plaintiff's motion (ECF No. 16) is **DENIED**.

    **IT IS SO ORDERED.**

Dated:  April 26, 2021                                                                   /s/ Ray Kent
                                                                                   United States Magistrate Judge