UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMAR BURTON,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

Case No. 1:20-cv-898

Hon. Hala Y. Jarbou

# ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant Jon Nehf filed a motion for summary judgment (ECF No. 21).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 26, 2021, recommending that this Court grant the motion and enter judgment in favor of Defendant Jon Nehf (ECF No. 31).  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS ORDERED** that the Report and Recommendation (ECF No. 31) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Jon Nehf's Motion for Summary Judgment (ECF No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.

Dated:   May 27, 2021                /s/ Hala Y. Jarbou
                                              HALA Y. JARBOU
                                              UNITED STATES DISTRICT JUDGE